**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7244**

---

PATRICK NILO GIL,

Plaintiff - Appellant,

v.

JANE DOE, C.O. 1; LT. FOWLKES; SGT. WARD; CAPTAIN HITE; WALTON, C.O.; SGT. SHERWOOD; SGT. ROBINSON; JANE DOE, C.O. 2,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:22-cv-00618-RDA-JFA)

---

Submitted: July 25, 2024                           Decided: July 29, 2024

---

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patrick Nilo Gil, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Nilo Gil appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gil v. Doe*, No. 1:22-cv-00618-RDA-JFA (E.D. Va. Nov. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*